JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CYMEYON VICTOR HILL,

     Plaintiff,

    v.

DR. TRUONG, ET AL.,

     Defendants.

No. ED CV 25-3594-JLS(E)

JUDGMENT

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  April 14, 2026

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE